IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SOKOL YANN,

      Plaintiff,                    No. CIV S-08-2152 GGH P

   vs.

J. TILTON, et al.,

      Defendants.             <u>ORDER</u>

                    /

        By order filed January 14, 2009, the court granted plaintiff thirty days to file an amended complaint. In the January 14th order, the court informed plaintiff of the deficiencies in his complaint. The thirty day period has now expired, and plaintiff has not filed an amended complaint or otherwise responded to the court's order.

        For the reasons given in the January 14, 2009, order, IT IS HEREBY ORDERED that this action is dismissed with prejudice. <u>See</u> Local Rule 11-110; Fed. R. Civ. P. 41(b).

DATED: March 23, 2009

                                           /s/ Gregory G. Hollows

                                    GREGORY G. HOLLOWS
                                    UNITED STATES MAGISTRATE JUDGE

GGH:035
yann2152.fta

1